IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Case 2:05-cr-20450-SHM Document 7 Filed 12/29/05 Page 1 of 2 PageID 7

FILED BY ___ D.C.

05 DEC 22 PM 3:23

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JERRY LEE KEENUM

    Defendant.

Cr. No. 2:05cr20450-1-Ma

## ORDER ON ARRAIGNMENT

This cause came to be heard on **12-22-05** The Assistant United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME: **Doris Randle-Holt** who is Retained/**Appointed**

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

**✓** The defendant, who is not in custody, may stand on his/her present bond.

____ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_____
United States Magistrate Judge

Charges: 21:841(a)(1) & 18:922(g)
Controlled Substance- Sell, Distribute, or Dispense
Ammunition

Assistant U.S. Attorney assigned to case: T. ARVIN

The defendant's age is: **57**.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on **12-29-05**



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CR-20450 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT